IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMPARO A. GASCA | § § § § | |
| Plaintiff | | |
| v. | § § § § § § | CIVIL ACTION NO. 4:09-cv-00951 |
| GLACIAL ENERGY HOLDINGS | | |
| Defendant | | |

## AGREED MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Amparo A. Gasca ("Gasca") files this Agreed Motion to Dismiss the captioned lawsuit.

Defendant Glacial Energy Holdings has agreed to the dismissal.

Therefore, the parties request that this Court enter an Order dismissing the case.

Respectfully submitted,

**NEWMAN & ASSOCIATES**

By: _/s/ Deborah A. Newman_
Deborah A. Newman
State Bar No. 01237527
Anjali A. Parikh
State Bar No. 24046581
One Greenway Plaza, Suite 520
Houston, Texas 77046
Telephone: (713) 715-4930
Facsimile:  (713) 715-4938
**ATTORNEY FOR PLAINTIFF**

KAPLAN & ASSOCIATES, LLP

By: _C. J. Kaplen by permission DN_
Charles I. Kaplan
State Bar No. 11094300
3500 Oak Lawn Avenue, Suite 510
Dallas, Texas 75219
Telephone: (214) 522-4900
Facsimile:  (214) 602-6732
**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served as prescribed by Rule 21a of the Texas Rules of Civil Procedure, on this ___1 day of July, 2009.

Mr. Charles I. Kaplan
KAPLAN & ASSOCIATES, L.L.P.
3500 Oak Lawn Avenue, Suite 510
Dallas, Texas 75219
*Attorneys for Defendant*

_Deborah Newman_
Deborah A. Newman