IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMPARO A. GASCA | § § | |
| Plaintiff | § § | |
| v. | § § | CIVIL ACTION NO. 4:09-cv-00951 |
| GLACIAL ENERGY HOLDINGS | § § § | |
| Defendant | § | |

## ORDER ON AGREED MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

On this day came on to be heard the parties' **AGREED MOTION TO DISMISS**. The Court, having considered the Motion is of the opinion that said motion is meritorious and should be GRANTED as set forth below. It is, therefore,

ORDERED that this case is dismissed.

SIGNED this the 9 day of July, 2009.

_____
JUDGE PRESIDING